# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0414. NATHAN FISHER v. THE STATE.

Nathan Fisher entered a plea of guilty in 2000, and the trial court denied his motion to withdraw his guilty plea. More than 12 years after entry of the trial court's order, Fisher filed an application for discretionary appeal, which we dismissed as untimely. See *Fisher v. State*, Case No. A13D0176 (decided Jan. 14, 2013). Fisher has now filed another application for discretionary appeal, labeling it "Direct Appeal of Motion to Correct Void Sentences." We lack jurisdiction.

From the materials submitted, it appears that Fisher has not filed any motion to correct void sentences in the trial court. Not a single order has been included with his application. Thus, to the extent that he seeks review of his motion to correct void sentences, we lack jurisdiction because the trial court apparently has not yet considered that motion. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010) (in the absence of a ruling by the trial court, we have nothing to review); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court.").

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/27/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*